AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Debra Joann Coates Griffin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:25-CV-2324-MC |
| International Travel Network, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, International Travel Network, LLC .

Date:  02/17/2026

s/ Andrea R. Meyer
*Attorney's signature*

Andrea R. Meyer, OSB No. 136055
*Printed name and bar number*

Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
*Address*

ameyer@sussmanshank.com
*E-mail address*

(503) 227-1111
*Telephone number*

(503) 248-0130
*FAX number*