William I. Rothbard, CA No. 72447
Bill@Rothbardlaw.com
LAW OFFICES OF WILLIAM I. ROTHBARD
2333 Canyonback Rd.
Los Angeles, CA 90049
Telephone: 310-490-6646 (*Pro Hac Vice* pending)

Andrea R. Meyer, OSB No. 136055
ameyer@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

*Attorneys for Defendant International Travel Network, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DEBRA JOANN COATES GRIFFIN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>INTERNATIONAL TRAVEL NETWORK, LLC,<br><br>          Defendant. | Case No.: 6:25-CV-2324-MC<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1., Defendant International Travel Network, LLC has no parent corporation or publicly-held corporation with an equity ownership interest of 10% or more.

Page 1 – RULE 7.1 STATEMENT

Dated this 24th day of February, 2026.

                              LAW OFFICES OF WILLIAM I. ROTHBARD

                              By s/ William I. Rothbard
                                  William I. Rothbard, CA State Bar No. 72447
                                  (*Pro Hac Vice* pending)

                              SUSSMAN SHANK LLP

                              By  s/ Andrea R. Meyer
                                  Andrea R. Meyer, OSB No. 136055

                              Attorneys for Defendant International Travel Network, LLC