Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| DEBRA JOANN COATES GRIFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRAVEL NETWORK, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO. 6:25-cv-02324-MC |

Plaintiff and International Travel Network, LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with prejudice of all of the Plaintiff's claims asserted herein, with each party to bear their own fees and costs. All parties have reviewed this stipulation.

RESPECTFULLY SUBMITTED AND DATED this 29th day of September, 2026.

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

/s/William I. Rothbard
William I. Rothbard, CA No. 72447
Bill@Rothbardlaw.com
Law Offices of William I. Rothbard
2708 Wilshire Blvd, #428
Santa Monica, CA 90403
310-490-6646 (*Admitted Pro Hac Vice*)
Counsel for Defendant International Travel Network, LLC

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date.

Dated: September 29, 2026

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class